**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6556**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

RODEQUES LAMONT WILSON, a/k/a Mont, a/k/a Flip,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Bruce H. Hendricks, District Judge. (4:15-cr-00095-BHH-9)

Submitted:  August 18, 2016      Decided:  September 8, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rodeques Lamont Wilson, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodeques Lamont Wilson appeals the district court's order denying his motion to compel his attorney to turn over to him the case file in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. United States v. Wilson, No. 4:15-cr-00095-BHH-9 (D.S.C. Apr. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED